# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SAM EOFF, Individually and as
PERSONAL REPRESENTATIVE
OF THE ESTATE OF HARLEY MELVIN EOFF,

      Plaintiff,

vs.                                     Cause No. 2:18-cv-00144-GBW-SMV

CASA MARIA OF NEW MEXICO, LLC
d/b/a CASA MARIA HEALTHCARE CENTER AND
PECOS VALLEY REHAB SUITES; NEW MEXICO
HEALTHCARE I, LLC; THI OF BALTIMORE
MANAGEMENT, INC.; FUNDAMENTAL CLINICAL
AND OPERATIONAL SERVICES, LLC,

      Defendants.

## ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES (*Doc. 56*)

THIS MATTER having come before the Court on Plaintiff's Stipulated Motion to Extend Discovery and Pre-Trial Deadlines (*Doc. 56*), the Court having reviewed the pleadings and being otherwise advised in the premises, finds that the Motion is well-taken and shall be granted.

**IT IS THEREFORE ORDERED** that the following deadlines shall now pertain to this matter:

| | |
|---|---|
| Plaintiff discloses experts and provides expert reports or summary disclosures by: | **November 20, 2018** |
| Defendants disclose experts and provide expert reports or summary disclosures by: | **December 21, 2018** |
| Termination of discovery: | **February 1, 2019** |
| Motions relating to discovery filed by: | **February 18, 2019** |

Pretrial motions other than discovery motions filed by:        **February 26, 2019**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**Submitted By:**        **United States Magistrate Judge**

*/s/ Adam Daniel Rafkin, Esq., Attorney at Law*
ADAM DANIEL RAFKIN, Esq.
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, New Mexico 88355
(575) 257-0129/257-0113 Fax
adr@rafkinlaw.com

And

RAGSDALE LAW FIRM
*/s/ Luke W. Ragsdale, Esq., Attorney at Law*
LUKE W. RAGSDALE, Esq.
KAY C. JENKINS, Esq.
P.O. Box 3220
Roswell, New Mexico 88202-3220
(575) 208-5300/208-5318 Fax
luke@ragsdalelawfirm.com
kay@ragsdalelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**APPROVED:**
*/s/ Lori D. Proctor, Esq., Attorney at Law*
LORI D. PROCTOR, Esq.
KIMBERLY WILSON, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
909 Fannin St., Suite 3300
Houston, TX 77010
(713) 353-2000/(713) 785-7780 Fax
Lori.Proctor@wilsonelser.com
Kimberly.Wilson@wilsonelser.com
**ATTORNEYS FOR DEFENDANT**