# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SAM EOFF, Individually and as
PERSONAL REPRESENTATIVE
OF THE ESTATE OF HARLEY MELVIN EOFF,

      Plaintiff,

vs.                                                       Cause No. 2:18-cv-00144-GBW-SMV

CASA MARIA OF NEW MEXICO, LLC
d/b/a CASA MARIA HEALTHCARE CENTER AND
PECOS VALLEY REHAB SUITES; NEW MEXICO
HEALTHCARE I, LLC; THI OF BALTIMORE
MANAGEMENT, INC.; FUNDAMENTAL CLINICAL
AND OPERATIONAL SERVICES, LLC,

      Defendants.

## ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO EXTEND DEADLINES (Doc. 73)

THIS MATTER having come before the Court on Plaintiff's Stipulated Motion to Extend Deadlines (Doc. 73), the Court having reviewed the pleadings and being otherwise advised in the premises, finds that the Motion is well-taken and shall be granted.

**IT IS THEREFORE ORDERED** that the following deadlines shall now pertain to this matter:

| | |
|---|---|
| Termination of discovery: | **April 12, 2019** |
| Motions relating to discovery filed by: | **April 9, 2019** |
| Pretrial motions other than discovery motions filed by: | **April 9, 2019** |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

**Submitted By:**
*/s/ Adam Daniel Rafkin, Esq., Attorney at Law*
ADAM DANIEL RAFKIN, Esq.
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, New Mexico 88355
(575) 257-0129/257-0113 Fax
adr@rafkinlaw.com

And

RAGSDALE LAW FIRM
*/s/ Luke W. Ragsdale, Esq., Attorney at Law*
LUKE W. RAGSDALE, Esq.
KAY C. JENKINS, Esq.
P.O. Box 3220
Roswell, New Mexico 88202-3220
(575) 208-5300/208-5318 Fax
luke@ragsdalelawfirm.com
kay@ragsdalelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**APPROVED:**
*/s/ Lori D. Proctor, Esq., Attorney at Law*
LORI D. PROCTOR, Esq.
COLEMAN M. PROCTOR, Esq.
JON HLAVINKA, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
909 Fannin St., Suite 3300
Houston, TX 77010
(713) 353-2000/(713) 785-7780 Fax
Lori.Proctor@wilsonelser.com
Coleman.Proctor@wilsonelser.com
Jon.Hlavinka@wilsonelser.com
**ATTORNEYS FOR DEFENDANT**